## 13509. JOHNSON, alias CHILLY WIND, v. THE STATE.

BROYLES, C. J. The single assignment of error in the bill of exceptions is upon the overruling of the motion for a new trial, which contained only the usual general grounds. The verdict was authorized by the evidence, and the court did not err in refusing the grant of a new trial. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 13, 1922.

Indictment for robbery; from Bibb superior court — Judge Mathews. March 18, 1922.

*Hubert F. Rawls,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.